UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK ESPER,<br><br>　　　　　Defendants. | No. 2:19-cv-00954-MCE-AC<br><br><br><br><br>ORDER |

Plaintiff, proceeding pro se, has filed a civil rights action and paid the filing fee. ECF No. 1. In his complaint, plaintiff alleges violations of his civil rights by defendant. The alleged violations took place in Calaveras County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).[1]

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court and the initial scheduling conference currently set for December 4, 2019 in the Sacramento division is VACATED.[2]

---

[1] Plaintiff's complaint repeatedly references another case pending in the Fresno Division: Franken v. Esper, 1:18-cv-1687-AWI-EPG. This case number reflects a collection of several related cases.

[2] The undersigned takes no position as to whether service has been properly completed.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: November 21, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE